An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

WILLIAM CARL MISIEWICZ,
Appellant,
vs.
RIO PROPERTIES, INC., A NEVADA
CORPORATION D/B/A RIO ALL SUITE
HOTEL AND CASINO, ALSO D/B/A RIO
SUITE HOTEL & CASINO,
Respondent.

No. 62064

FILED

MAR 18 2013

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

Proper person appellant seeks to challenge a district court order denying a motion to dismiss and imposing sanctions. Our review of the documents before us on appeal reveals a jurisdictional defect. Specifically it appears that the challenged order is interlocutory in nature and that the district court has not entered a final, appealable judgment. See NRAP 3A(b)(1) (providing for an appeal from a final judgment in an action or proceeding). A final judgment is one that disposes of all issues presented in the case and leaves nothing for the future consideration of the district court, except for post-judgment issues such as attorney fees and costs. Lee v. GNLV Corp., 116 Nev. 424, 426, 996 P.2d 416, 417 (2000). Accordingly, as it appears that a final judgment has not been entered in the underlying case, we lack jurisdiction to consider this appeal and we

ORDER this appeal DISMISSED.

_____, J.
Hardesty

_____, J.
Parraguirre

_____, J.
Cherry

SUPREME COURT
OF
NEVADA

(O) 1947A

13-08042

cc: Hon. Susan Scann, District Judge
William Carl Misiewicz
Lewis Brisbois Bisgaard & Smith, LLP/Las Vegas
Eighth District Court Clerk